UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Anthony Bobulinski

               Plaintiff,

Case No. 1:24-cv-02349-JPO

     -against-

Jessica Tarlov

               Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brett David Katz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BK6685    My State Bar Number is 5232632

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Ellis George LLP
                  FIRM ADDRESS: 152 W. 57th St., 28th Fl., New York, NY 10019
                  FIRM TELEPHONE NUMBER: 212-413-2600
                  FIRM FAX NUMBER: 212-413-2629

NEW FIRM:    FIRM NAME: Torridon Law PLLC
                    FIRM ADDRESS: 800 Westchester Ave, Rye Brook, New York 10573
                  FIRM TELEPHONE NUMBER: 551-404-5301
                  FIRM FAX NUMBER:

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: May 20, 2024                            s/Brett D. Katz
                                                     ATTORNEY'S SIGNATURE