UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BOBULINSKI and STEFAN PASSANTINO,<br><br>        Plaintiffs,<br><br>    v.<br><br>JESSICA TARLOV,<br><br>        Defendant. | Case No. 1:24-cv-02349 (JPO)<br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT** |

PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law, the Declaration of Brett D. Katz, and exhibits attached thereto, Defendant Jessica Tarlov will move the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time selected by the Court, for an order (1) dismissing Plaintiff's Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6), (2) awarding Defendant her attorneys' fees and costs incurred in this action under New York Civil Rights Law § 70-a, and (3) granting any other relief the Court deems just and proper.

Dated: Rye Brook, New York
       May 20, 2024

TORRIDON LAW PLLC

S/ *Brett D. Katz*
Brett D. Katz
800 Westchester Avenue
Suite N-641, Office 647
Rye Brook, New York 10573
(551) 404-5301
bkatz@torridonlaw.com

1

>Patrick F. Philbin*
>Kyle West*
>Chase Harrington*
>1155 F Street, NW, Suite 750
>Washington, DC 20004
>(202) 249-6633
>pphilbin@torridonlaw.com
>kwest@torridonlaw.com
>
>*Pro hac vice application pending*
>
>*Attorneys for Defendant Jessica Tarlov*

TO:   BINNALL LAW GROUP
      Jesse R. Binnall (*pro hac vice*)
      John C. Sullivan (*pro hac vice*)
      Jared. J. Roberts (*pro hac vice*)
      717 King Street, Suite 200
      Alexandria, Virginia 22314
      (703) 888-1943
      jared@binnall.com
      jesse@binnall.com
      jcs@binnall.com

      *Attorneys for Plaintiffs*