UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY BOBULINSKI and STEFAN PASSANTINO,

                Plaintiffs,

  -against-                              24 **CIVIL** 2349 (JPO)

                                            **JUDGMENT**

JESSICA TARLOV,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 26, 2024, Tarlov's motion dismiss is GRANTED and her demand for attorney's fees is GRANTED. Plaintiffs' request for leave to amend is DENIED.

**Dated:** New York, New York

      November 26, 2024

                                                     **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                          **BY:**

                                             **Deputy Clerk**