

# EXHIBIT A



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

## Invoice

|  |  |
|---|---|
| **Date:** | 05/03/2024 |
| **Matter number:** | 2003-004 |
| **Invoice number:** | 1083 |

Fox News Network, LLC
Steve Potenza

**RE:** Fox News Network - Bobulinski v. Tarlov

## Fees

| Date | Timekeeper | Services | Duration | Amount |
|---|---|---|---|---|
| 04/01/2024 | Patrick F. Philbin | Telephone conference with ███████ re new matter and ████████████ ███████ | 0.30 | $401.63 |
| 04/04/2024 | Patrick F. Philbin | Telephone conference with J. Tarlov. | 0.50 | $669.38 |
| 04/04/2024 | Patrick F. Philbin | Telephone conference with B. Katz to serve as local counsel in SDNY. | 0.10 | $133.88 |
| ████████ | ██████ | █████████████████████████ | ████ | ██████ |
| 04/09/2024 | Patrick F. Philbin | Telephone conference with J. Binnal re service and timing. | 0.20 | $267.75 |
| 04/11/2024 | Kyle T. West | Research ███████████████████ ██████ | 0.40 | $289.00 |
| 04/12/2024 | Kyle T. West | Correspondence with P. Philbin and Plaintiffs' counsel regarding service of complaint. | 0.10 | $72.25 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/15/2024 | Patrick F. Philbin | Assign drafting and review draft of letter motion for extension of time to respond to complaint. | 0.20 | $267.75 |
| 04/15/2024 | Kyle T. West | Review complaint for motion to dismiss. | 0.30 | $216.75 |
| 04/15/2024 | Chase T. Harrington | Analyze complaint and discuss with K. West, ██████████████ | 2.70 | $1,721.25 |
| 04/16/2024 | Patrick F. Philbin | Meet with K. West and C. Harrington to review issues for motion to dismiss and assign research. | 0.40 | $535.50 |
| 04/16/2024 | Chase T. Harrington | Meet with P. Philbin, K. West and research NY defamation law. | 2.60 | $1,657.50 |
| 04/16/2024 | Kyle T. West | Research for actual malice section of motion to dismiss. | 5.10 | $3,684.75 |
| 04/17/2024 | Patrick F. Philbin | Update ███████████████ ████ | 0.20 | $267.75 |
| 04/17/2024 | Chase T. Harrington | Research ██████████ | 2.80 | $1,785.00 |
| 04/18/2024 | Chase T. Harrington | Research defamation per se and by implication. | 0.90 | $573.75 |
| 04/19/2024 | Patrick F. Philbin | Meet with K. West and C. Harrington to assign drafting and set deadlines and outline points for argument. | 0.50 | $669.38 |
| 04/19/2024 | Patrick F. Philbin | Revise draft outline for arguments for motion to dismiss and review and analyze ████████████████████ | 1.50 | $2,008.13 |
| 04/19/2024 | Kyle T. West | Research for motion to dismiss. | 1.00 | $722.50 |
| 04/19/2024 | Chase T. Harrington | Meet with P. Philbin, draft outline of MTD. | 1.60 | $1,020.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/2024 | Kyle T. West | Revise motion to dismiss outline. | 0.30 | $216.75 |
| 04/20/2024 | Chase T. Harrington | Research injurious falsehood and revise MTD. | 1.50 | $956.25 |
| 04/20/2024 | Kyle T. West | Review and edit draft motion to dismiss outline. | 0.20 | $144.50 |
| 04/22/2024 | Patrick F. Philbin | Review and analyze cases re ███████████ ███████████ | 5.70 | $7,630.88 |
| 04/22/2024 | Kyle T. West | Research for actual malice and public figure portions of motion to dismiss. | 4.10 | $2,962.25 |
| 04/22/2024 | Chase T. Harrington | Revise defamation per se section in MTD. | 3.70 | $2,358.75 |
| 04/23/2024 | Patrick F. Philbin | Review and analyze cases concerning ██████ ███████████ ███████████ and meet with C. Harrington re defamation per se arguments. | 3.40 | $4,551.75 |
| 04/23/2024 | Kyle T. West | Research for actual malice and public figure portions of motion to dismiss. | 4.90 | $3,540.25 |
| 04/23/2024 | Chase T. Harrington | Revise, inter alia, defamation per se section in MTD. | 1.60 | $1,020.00 |
| 04/24/2024 | Chase T. Harrington | Revise, inter alia, defamation per se section MTD. | 7.30 | $4,653.75 |
| 04/24/2024 | Kyle T. West | Research and draft motion to dismiss. | 7.30 | $5,274.25 |
| 04/25/2024 | Chase T. Harrington | Research for defamation per se section MTD. | 1.70 | $1,083.75 |
| 04/25/2024 | Kyle T. West | Draft motion to dimiss. | 5.70 | $4,118.25 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/26/2024 | Chase T. Harrington | Revise MTD, email consolidated draft to P. Philbin. Coordinate binder preparation with B. Cameron. | 0.80 | $510.00 |
| 04/26/2024 | Benjamin L. Cameron | Review draft Motion to Dismiss and compile all case law cited in brief for team use in preparing Motion. | 2.50 | $743.75 |
| 04/27/2024 | Chase T. Harrington | Analyze local rules and choice-of-law issue, email summary to P. Philbin. | 0.20 | $127.50 |
| 04/27/2024 | Patrick F. Philbin | Revise draft motion to dismiss and review and analyze cases for same. | 4.10 | $5,488.88 |
| 04/27/2024 | Kyle T. West | Draft motion to dismiss. | 0.60 | $433.50 |
| 04/28/2024 | Patrick F. Philbin | Revise draft motion to dismiss and review and analyze cases for same. | 5.80 | $7,764.75 |
| 04/28/2024 | Kyle T. West | Draft public figure section of motion to dismiss. | 4.20 | $3,034.50 |
| 04/28/2024 | Chase T. Harrington | Research defamation per se section of MTD | 1.20 | $765.00 |
| 04/29/2024 | Patrick F. Philbin | Review and analyze cases ██████ ███████████████ and revise section of motion to dismiss on same. | 6.50 | $8,701.88 |
| 04/29/2024 | Chase T. Harrington | Research defamation per se and revise MTD. | 4.00 | $2,550.00 |
| 04/29/2024 | Kyle T. West | Research judicial notice argument for motion to dismiss. | 0.80 | $578.00 |
| 04/30/2024 | Chase T. Harrington | Revise defamation per se section MTD. | 2.70 | $1,721.25 |
| 04/30/2024 | Kyle T. West | Edit draft motion to dismiss. | 0.30 | $216.75 |
| 04/30/2024 | Patrick F. Philbin | Review and analyze ██████████ ███████████████ and revise draft motion to dismiss. | 7.50 | $10,040.63 |

| | | |
|---|---|---|
| **Our Fee** | 110.20 | **$98,419.42** |

*Time summary*

Benjamin L. Cameron: 2.5 hours at $297.50
Chase T. Harrington: 35.3 hours at $637.50
Patrick F. Philbin: 37.1 hours at $1,338.75
Kyle T. West: 35.3 hours at $722.50

| | |
|---|---|
| Total fees | $98,419.42 |
| **Total New Charges** | **$98,419.42** |
| **Net amount owing on this bill** | **$98,419.42** |



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

| ACH Instructions | |
| --- | --- |
| Receiving Bank | ███████ ████████████████████ |
| ABA Routing Number | ███████ |
| Credit to | ████████████ |
| Beneficiary's Account Number | ███████ |

## Mailing Address:

Torridon Law PLLC

801 17th Street, N.W.

11th Floor
Washington, DC 20006



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

## Invoice

| | |
|---|---|
| **Date:** | 06/14/2024 |
| **Matter number:** | 2003-004 |
| **Invoice number:** | 1141 |

Fox News Network, LLC
Steve Potenza

**RE:** Fox News Network – Bobulinski v. Tarlov

### Fees

| Date | Timekeeper | Services | Duration | Amount |
|---|---|---|---|---|
| 05/01/2024 | Patrick F. Philbin | Revise draft motion to dismiss and review and analyze cases on shifting attorneys' fees, defamation by implication, and actual malice. | 7.50 | $10,040.63 |
| 05/01/2024 | Chase T. Harrington | Research and draft MTD sections re injurious falsehood and special damages. | 6.20 | $3,952.50 |
| 05/02/2024 | Chase T. Harrington | Revise special damages, injurious falsehood, and defamation by implication sections and research section on ██████████ ████████ | 3.10 | $1,976.25 |
| 05/02/2024 | Kyle T. West | Edit draft motion to dismiss. | 2.80 | $2,023.00 |
| 05/02/2024 | Patrick F. Philbin | Draft defamation by implication section of motion to dismiss and review and analyze cases for same. | 1.50 | $2,008.13 |
| 05/02/2024 | Patrick F. Philbin | Review and analyze cases on attorneys' fees, actual malice, and defamation by implication. | 1.00 | $1,338.75 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/2024 | Patrick F. Philbin | Review and analyze cases re attorneys' fees under NY Anti-SLAPP law, standard for ██ ████████████ and extrinsic evidence and ████████████████████ | 1.20 | $1,606.50 |
| 05/03/2024 | Chase T. Harrington | Analyze New York law on defamation ████ ███████████████ incorporate K. West edits to master draft MTD. | 3.90 | $2,486.25 |
| 05/03/2024 | Kyle T. West | Review proposed exhibits for motion to dismiss. | 0.70 | $505.75 |
| 05/04/2024 | Patrick F. Philbin | Review and analyze cases and treatises on attorneys' fees issue and ████████ ███████████████ | 1.70 | $2,275.88 |
| 05/05/2024 | Patrick F. Philbin | Review and analyze cases and materials on pleading special damages and cause of action for injurious falsehood and assign further research on same. | 4.50 | $6,024.38 |
| 05/05/2024 | Chase T. Harrington | Revise special damages section. | 1.50 | $956.25 |
| 05/06/2024 | Patrick F. Philbin | Revise draft motion to dismiss and review cases and materials for same. | 6.10 | $8,166.38 |
| 05/06/2024 | Chase T. Harrington | Discuss motion and analyze SDNY precedent, summarize findings by email to P. Philbin. | 1.70 | $1,083.75 |
| 05/06/2024 | Kyle T. West | Draft section for motion to dismiss. | 3.60 | $2,601.00 |
| 05/07/2024 | Patrick F. Philbin | Revise draft motion to dismiss and review and analyze cases for same. | 8.90 | $11,914.88 |
| 05/07/2024 | Kyle T. West | Research choice of law and impact of retraction for motion to dismiss. | 4.30 | $3,106.75 |
| 05/07/2024 | Chase T. Harrington | Revise MTD. | 2.40 | $1,530.00 |

| 05/08/2024 | Patrick F. Philbin | Draft introduction to motion to dismiss and review key arguments and cases on various issues. | 4.80 | $6,426.00 |
|---|---|---|---|---|
| 05/08/2024 | Brett D. Katz | Correspond with P. Philbin concerning pro hac vice motion and logistics to file response to Complaint on May 20. | 0.20 | $161.50 |
| 05/08/2024 | Brett D. Katz | Review ███████████████████ and SDNY Local Rules concerning any requirement to submit courtesy copies of motion papers. | 0.30 | $242.25 |
| 05/08/2024 | Chase T. Harrington | Revise MTD special damages section, introduction, researching CA2 rules for ████████████, and creating exhibits. | 8.30 | $5,291.25 |
| 05/08/2024 | Kyle T. West | Review motions to dismiss media defendants in prior public figure cases. | 0.60 | $433.50 |
| 05/09/2024 | Patrick F. Philbin | Zoom conference ███████████ ███████████ | 0.30 | $401.63 |
| 05/09/2024 | Chase T. Harrington | Revise MTD. | 0.60 | $382.50 |
| 05/10/2024 | Patrick F. Philbin | Draft attorneys' fees section of motion to dismiss and review and analyze cases for same. | 4.10 | $5,488.88 |
| 05/10/2024 | Kyle T. West | Research and summarize procedure for obtaining attorney's fees under New York anti-SLAPP law. | 2.00 | $1,445.00 |
| 05/10/2024 | Chase T. Harrington | Review Draft MTD | 1.00 | $637.50 |
| 05/10/2024 | Brett D. Katz | Begin drafting motions to be admitted pro hac vice in the Southern District of New York for P. Philbin, K. West, and C. Harrington. | 1.20 | $969.00 |
| 05/11/2024 | Kyle T. West | Review and edit draft motion to dismiss. | 0.60 | $433.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/2024 | Patrick F. Philbin | Review cases for attorneys' fees section from K. West. | 0.30 | $401.63 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮ | ▮▮ |
| 05/14/2024 | Patrick F. Philbin | Telephone conference with J. Tarlov ▮▮▮ ▮▮ | 0.40 | $535.50 |
| 05/14/2024 | Kyle T. West | Edit draft motion to dismiss. | 1.20 | $867.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮ | ▮▮ |
| 05/14/2024 | Chase T. Harrington | Revise MTD media and judicial citations, edit footnote layout, revise PHV papers. | 2.70 | $1,721.25 |
| 05/14/2024 | Brett D. Katz | Finish and circulate to internal team drafts of pro hac vice motions. | 0.60 | $484.50 |
| 05/14/2024 | Patrick F. Philbin | Telephone conference ▮▮▮▮ ▮▮▮ | 0.30 | $401.63 |
| 05/14/2024 | Patrick F. Philbin | Revise draft motion to dismiss for length ▮ ▮▮▮▮▮ | 2.80 | $3,748.50 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮ | ▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮ | ▮▮ |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2024 | Kyle T. West | Review and edit draft motion to dismiss. | 2.10 | $1,517.25 |
| 05/15/2024 | Chase T. Harrington | Revise MTD citations. | 3.40 | $2,167.50 |
| 05/15/2024 | Benjamin L. Cameron | Generate permalinks for news articles to be cited in Motion to Dismiss. | 0.50 | $148.75 |
| 05/16/2024 | Benjamin L. Cameron | Cite check and review draft motion to dismiss for filing with court. | 3.00 | $892.50 |
| 05/16/2024 | Chase T. Harrington | Proofread MTD, coordinate cite check | 1.10 | $701.25 |
| 05/16/2024 | Patrick F. Philbin | Revise draft and circulate to client with cover email. | 0.80 | $1,071.00 |
| 05/16/2024 | Benjamin L. Cameron | Compile and confirm hyperlinks of news articles to be cited in motion to dismiss. | 1.00 | $297.50 |
| 05/16/2024 | Benjamin L. Cameron | Update draft motion to dismiss with team edits and changes. | 0.50 | $148.75 |
| 05/17/2024 | Benjamin L. Cameron | Cite check and review draft motion to dismiss for filing with court. | 3.50 | $1,041.25 |
| 05/17/2024 | Chase T. Harrington | Obtain filing privileges in SDNY, cite check MTD with edits from B. Cameron, and draft cover motion. | 4.00 | $2,550.00 |
| 05/17/2024 | Brett D. Katz | Review draft memorandum in support of motion to dismiss and correspond with C. Harrington concerning same. | 0.80 | $646.00 |
| 05/17/2024 | Brett D. Katz | Revise Notice of Motion and send back to C. Harrington. | 0.50 | $403.75 |
| 05/17/2024 | Brett D. Katz | Revise cover pages and signature blocks to conform with New York practice and send to C. Harrington. | 0.40 | $323.00 |
| 05/18/2024 | Patrick F. Philbin | Revise draft motion to dismiss for length. | 1.50 | $2,008.13 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/18/2024 | Kyle T. West | Edit draft motion to dismiss. | 1.90 | $1,372.75 |
| 05/18/2024 | Brett D. Katz | Teleconferences with Chase Harrington re: papers in support of motion to dismiss. | 0.20 | $161.50 |
| 05/18/2024 | Chase T. Harrington | Revise MTD and motion. | 1.20 | $765.00 |
| 05/19/2024 | Brett D. Katz | Correspond with internal team concerning pro hac vice motions. | 0.20 | $161.50 |
| 05/19/2024 | Patrick F. Philbin | Review and revise pro hac vice motion and affidavit. | 0.30 | $401.63 |
| 05/19/2024 | Kyle T. West | Edit draft motion to dismiss papers. | 0.80 | $578.00 |
| ███████ | ████ | ███████████████████████████ | ███ | ██████ |
| 05/20/2024 | Brett D. Katz | Teleconferences with C. Harrington concerning finalizing and filing motion to dismiss, including memorandum of law and declaration plus exhibits. | 0.50 | $403.75 |
| ███████ | ████ | ██████████████████████ | ███ | ██████ |
| ███████ | ████ | ███████████████ | ███ | ██████ |
| 05/20/2024 | Chase T. Harrington | Revise Memo and implement changes from B. Cameron, K. West, P. Philbin. | 3.00 | $1,912.50 |
| 05/20/2024 | Chase T. Harrington | File MTD and supporting papers in SDNY. Email court-stamped copies to P. Philbin. | 0.50 | $318.75 |
| 05/20/2024 | Benjamin L. Cameron | Proof read and edit final draft of Motion to Dismiss for filing with court. | 2.00 | $595.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/2024 | Chase T. Harrington | Analyze local rules, edit B. Katz Decl., revise memo ISO MTD. | 2.00 | $1,275.00 |
| 05/20/2024 | Patrick F. Philbin | Final review of motion, memorandum, and supporting exhibits and pro hac motions. | 4.10 | $5,488.88 |
| 05/21/2024 | Brett D. Katz | Teleconference with C. Harrington re: ██████ ████████ oral argument. | 0.20 | $161.50 |
| 05/21/2024 | Brett D. Katz | Review and revise ████████████████ ██████ sent by C. Harrington. | 0.30 | $242.25 |
| 05/21/2024 | Brett D. Katz | Review ████████████████████ local rules concerning making requests for oral argument on motions. | 0.40 | $323.00 |
| 05/21/2024 | Brett D. Katz | Review and revise ████████████ ████████████████████ | 0.50 | $403.75 |
| 05/31/2024 | Patrick F. Philbin | Negotiate and finalize extensions of time. | 0.20 | $267.75 |
| 05/31/2024 | Brett D. Katz | Review filings made concerning motion to dismiss briefing schedule. | 0.20 | $161.50 |
| 05/31/2024 | Kyle T. West | Review external correspondence and docket entries regarding schedule extension. | 0.10 | $72.25 |
| | | **Our Fee** | **151.30** | **$136,399.57** |

*Time summary*

Benjamin L. Cameron: 10.5 hours at $297.50
Chase T. Harrington: 49 hours at $637.50
Brett Katz: 6.9 hours at $807.50
Patrick F. Philbin: 57 hours at $1,338.75
Kyle T. West: 27.9 hours at $722.50

| | |
|---|---|
| Total fees | $136,399.57 |
| **Total New Charges** | **$136,399.57** |
| **Net amount owing on this bill** | **$136,399.57** |



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

| ACH Instructions | |
|---|---|
| Receiving Bank | ███████ <br> ████████████████████ |
| ABA Routing Number | ████████ |
| Credit to | ████████████ |
| Beneficiary's Account Number | ████████ |

### Mailing Address:

Torridon Law PLLC

801 17th Street, N.W.

11th Floor
Washington, DC 20006



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

## Invoice

|  |  |
|---|---|
| **Date:** | 08/05/2024 |
| **Matter number:** | 2003-004 |
| **Invoice number:** | 1208 |

Fox News Network, LLC
Steve Potenza

**RE:**   Fox News Network - Bobulinski v. Tarlov

**Fees**

| Date | Timekeeper | Services | Duration | Amount |
|---|---|---|---|---|
| 07/01/2024 | Chase T. Harrington | Analyze opp'n to MTD. | 0.90 | $573.75 |
| 07/01/2024 | Kyle T. West | Review response to motion to dismiss. | 0.80 | $578.00 |
| 07/06/2024 | Patrick F. Philbin | Review and analyze plaintiffs' opposition to motion to dismiss. | 1.00 | $1,338.75 |
| 07/19/2024 | Patrick F. Philbin | Review plaintiff's opposition and review and analyze cases. | 2.00 | $2,677.50 |
| 07/21/2024 | Patrick F. Philbin | Review and analyze cases cited in defendants' opposition to motion to dismiss. | 2.50 | $3,346.88 |
| 07/22/2024 | Patrick F. Philbin | Review and analyze cases relevant to reply brief issues. | 1.80 | $2,409.75 |
| 07/23/2024 | Patrick F. Philbin | Meet with C. Harrington and K. West to assign research for reply brief and review and analyze cases and begin drafting reply brief. | 6.80 | $9,103.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/2024 | Kyle T. West | Research reply brief requirements, anti-SLAPP applicability, actual malice, and defamatory meaning arguments for reply brief. | 6.20 | $4,479.50 |
| 07/23/2024 | Chase T. Harrington | Research for Reply Brief ISO Mot. to Dismiss. | 5.90 | $3,761.25 |
| 07/24/2024 | Kyle T. West | Research anti-SLAPP applicability, actual malice, and defamatory meaning arguments for reply brief. | 5.80 | $4,190.50 |
| 07/24/2024 | Patrick F. Philbin | Draft reply brief and review and analyze cases for same. | 9.80 | $13,119.75 |
| 07/24/2024 | Chase T. Harrington | Research ███████████████████████████████, summarize findings by email to P. Philbin. | 7.00 | $4,462.50 |
| 07/25/2024 | Patrick F. Philbin | Revise draft reply brief and review and analyze cases for same. | 5.20 | $6,961.50 |
| 07/25/2024 | Kyle T. West | Revise/edit draft reply brief. | 2.10 | $1,517.25 |
| 07/25/2024 | Kyle T. West | Research anti-SLAPP applicability, actual malice, and defamatory meaning arguments for reply brief. | 1.10 | $794.75 |
| 07/25/2024 | Chase T. Harrington | Revise draft reply brief, prepare change of address notice. | 2.20 | $1,402.50 |
| ███████ | ████ | ████████████████████████ | ███ | ███ |
| ███████ | ████ | █████████████ | ███ | ███ |
| ███████ | ████ | ████████████████ | ███ | ███ |
| 07/28/2024 | Kyle T. West | Edit draft reply. | 0.20 | $144.50 |

| | | | | |
|---|---|---|---|---|
| 07/29/2024 | Patrick F. Philbin | Revise draft reply brief and review and analyze cases for same and telephone conference with J. Tarlov. | 2.20 | $2,945.25 |
| 07/29/2024 | Brett D. Katz | Teleconference with C. Harrington to discuss revisions/edits to reply memorandum. | 0.20 | $161.50 |
| 07/29/2024 | Benjamin L. Cameron | Cite check and proof read Reply Brief for upcoming filing. | 3.00 | $892.50 |
| 07/29/2024 | Chase T. Harrington | Revise and file Reply brief. ███████ ███████████ | 4.50 | $2,868.75 |
| 07/29/2024 | Kyle T. West | Edit reply in support of motion to dismiss. | 0.40 | $289.00 |
| | | **Our Fee** | **72.70** | **$68,805.38** |

*Time summary*

Benjamin L. Cameron: 3 hours at $297.50
Chase T. Harrington: 21 hours at $637.50
Brett Katz: 0.6 hours at $807.50
Patrick F. Philbin: 31.3 hours at $1,338.75
Kyle T. West: 16.8 hours at $722.50

**Expenses**

| Description | Amount |
|---|---|
| Certificate of Good Standing – DC Bar | $40.69 |
| Pro hac vice filing fees | $400.00 |
| Supreme Court certificate for State Bar of Texas | $25.00 |
| **Total expenses** | **$465.69** |

| | |
|---|---|
| Total fees | $68,805.38 |
| Total expenses | $465.69 |
| **Total New Charges** | **$69,271.07** |
| **Net amount owing on this bill** | **$69,271.07** |



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

| ACH Instructions | |
| --- | --- |
| Receiving Bank | ██████ ██████████████████ |
| ABA Routing Number | ██████ |
| Credit to | ████████████ |
| Beneficiary's Account Number | ██████ |

## Mailing Address:

Torridon Law PLLC

801 17th Street, N.W.

11th Floor
Washington, DC 20006



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

## Invoice

|  |  |
|---|---|
| **Date:** | 11/04/2024 |
| **Matter number:** | 2003-004 |
| **Invoice number:** | 1346 |

Fox News Network, LLC
Steve Potenza

**RE:** Fox News Network – Bobulinski v. Tarlov

## Fees

| Date | Timekeeper | Services | Duration | Amount |
|---|---|---|---|---|
| 10/02/2024 | Patrick F. Philbin | ███████████████ and review briefs to assign research to update on recent cases on key points. | 0.70 | $937.13 |
| 10/02/2024 | Kyle T. West | Research and summarize intervening changes in law for oral argument. | 0.20 | $144.50 |
| 10/03/2024 | Kyle T. West | Research and summarize intervening changes in law for oral argument. | 1.30 | $939.25 |
| 10/04/2024 | Chase T. Harrington | Research new developments in defamation law, summarize findings by email to P. Philbin. | 1.80 | $1,147.50 |
| 10/17/2024 | Patrick F. Philbin | Review briefing and cases to prepare for oral argument. | 2.00 | $2,677.50 |
| 10/17/2024 | Kyle T. West | Research updates for anti-SLAPP law, special damages, and actual malice for oral argument. | 0.20 | $144.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/2024 | Kyle T. West | Update research on anti-SLAPP law, actual malice, and special damages for oral argument. | 0.90 | $650.25 |
| 10/19/2024 | Patrick F. Philbin | Review briefing and cases to prepare for argument on motion to dismiss. | 1.60 | $2,142.00 |
| 10/19/2024 | Kyle T. West | Research anti-SLAPP law for oral argument. | 0.70 | $505.75 |
| 10/20/2024 | Patrick F. Philbin | Review and analyze cases to prepare for oral argument. | 1.80 | $2,409.75 |
| 10/21/2024 | Kyle T. West | Update research regarding attorney's fees motion for argument. | 1.80 | $1,300.50 |
| 10/21/2024 | Patrick F. Philbin | Review cases and outline points for argument. | 3.90 | $5,221.13 |
| 10/22/2024 | Chase T. Harrington | Research defamation jurisprudence in advance of oral argument, summarize findings by email to P. Philbin. | 1.00 | $637.50 |
| 10/22/2024 | Patrick F. Philbin | Review cases and materials and outline points for argument. | 5.60 | $7,497.00 |
| 10/23/2024 | Patrick F. Philbin | Review cases and briefing and prepare outline of points for oral argument in SDNY. | 7.30 | $9,772.88 |
| ███ | █ █ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | █ █ | ██████████████ | ██ | ███ |
| 10/24/2024 | Patrick F. Philbin | Prepare for and present argument on motion to dismiss in S.D.N.Y. | 4.30 | $5,756.63 |

| | | | | |
|---|---|---|---|---|
| 10/25/2024 | Patrick F. Philbin | Telephone conference with J. Tarlov █ ██████████████ | 0.20 | $267.75 |
| 10/31/2024 | Brett D. Katz | Review transcript of oral argument and forward to internal team. | 0.60 | $484.50 |
| | | **Our Fee** | **37.40** | **$43,694.27** |

*Time summary*

Chase T. Harrington: 3.7 hours at $637.50
Brett Katz: 1.2 hours at $807.50
Patrick F. Philbin: 27.4 hours at $1,338.75
Kyle T. West: 5.1 hours at $722.50

**Expenses**

| Description | Amount |
|---|---|
| Lodging – NYC | $614.93 |
| NYC travel Transportation–Airfare–Train | $546.00 |
| Transportation–Taxi–Parking–Tolls | $168.09 |
| Travel Meal | $20.69 |
| **Total expenses** | **$1,349.71** |

| | |
|---|---|
| Total fees | $43,694.27 |
| Total expenses | $1,349.71 |
| **Total New Charges** | **$45,043.98** |
| **Net amount owing on this bill** | **$45,043.98** |



# Torridon Law PLLC

801 17th Street NW, 11th Floor
Washington, DC 20006
(202) 249-6900

| ACH Instructions | |
| --- | --- |
| Receiving Bank | ███████ ████████████████████ |
| ABA Routing Number | ███████ |
| Credit to | ██████████ |
| Beneficiary's Account Number | ███████ |

## Mailing Address:

Torridon Law PLLC

801 17th Street, N.W.

11th Floor
Washington, DC 20006