UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony Bobulinski

Stefan Passantino

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Jessica Tarlov

(List the full name(s) of the defendant(s)/respondent(s).)

1:24 CV 02349 ( JPO )(   )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Anthony Bobulinski and Stefan Passantino

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on:  both on November 26, 2024
(date that judgment or order was entered on docket)

that:  Judgment and Order granting Defendant's motion to dismiss and demand for attorneys' fees and costs.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| 12/26/2024 | /s/ Jesse R. Binnall |
|---|---|
| Dated | Signature* |

Binnall, Jesse, R. (counsel for Anthony Bobulinski and Stefan Passantino)
Name (Last, First, MI)

| 717 King Street, Suite 200 | Alexandria | Virginia | 22314 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 703-888-1943 | jesse@binnall.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13