

**Jared Roberts**
ASSOCIATE

D: 571-267-1555
E: jared@binnall.com

January 14, 2025

<u>VIA ECF</u>
Hon. J. Paul Oetken
United States District Judge
United States District Court S.D.N.Y.
40 Foley Square
New York, New York 10007

> RE: *Bobulinski and Passantino v. Tarlov,* No. 1:24-cv-02349-JPO
> <u>Consent Letter-Motion Extension to File Response</u>

Dear Judge Oetken:

    This firm represents Plaintiffs Anthony Bobulinski and Stefan Passantino in the above-referenced matter. With Defendant's consent, I write to request an extension of time based upon the parties' agreement that Plaintiffs' response to Defendant's Application for Attorney's Fees (ECF No. 37) shall be due on January 29, 2025. The original deadline for Plaintiffs' response would otherwise be January 15, 2025. There are no other deadlines that would be affected by this extension of time and there are no other appearances before the Court currently scheduled.

    This extension request is supported by good cause given the issues involved in this case. This extension will allow time for the parties to adequately research and prepare a thorough response on this critical issue. Neither party will be prejudiced by these extensions of time as the parties have come to an agreement regarding the timing. No previous extension of time has been requested for this briefing.

    WHEREFORE, Plaintiffs respectfully request that this Court grant an extension of time for Plaintiffs' opposition to Defendant's Application for Attorney's Fees through and including January 29, 2025.

Sincerely,

*Jared Roberts*

Jared J. Roberts, *pro hac vice*
BINNALL LAW GROUP, PLLC
*Counsel for Plaintiffs*

cc:    Counsel of Record (via ECF)