# Exhibit A





# Chase T. Harrington

## ASSOCIATE

Chase Harrington is an Associate at Torridon Law PLLC. Chase's extensive public-sector experience enriches the advice he gives to clients with complex and government-facing problems. He has worked in all three branches of the federal government, most recently as a Special Assistant United States Attorney in the Eastern District of Virginia. There, Chase provided legal assistance to federal and state investigators, examined witnesses before grand juries, represented the United States in dozens of hearings in federal court, and successfully defended a judgment of conviction in the Fourth Circuit United States Court of Appeals. Chase also served as an attorney with the Special Inspector General of Pandemic Recovery (SIGPR), where he worked on dozens of white-collar crime investigations involving pandemic relief funds. Prior to joining SIGPR, Chase worked at the Office of White House Counsel.

Before serving in government, Chase served as a law clerk for Judge Allison Eid of the Tenth Circuit United States Court of Appeals. After his clerkship, Chase worked as a Constitutional Law Fellow at the Becket Fund for Religious Liberty, where he helped draft dispositive motions and briefs in federal litigation on behalf of clients of diverse faiths.

**Government Experience**

• Law Clerk, U.S. Senate Judiciary Committee, Summer 2015

• Deputy Associate Counsel to the President, Office of White House Counsel, 2019–2021

• Special Counsel to the Special Inspector General for Pandemic Recovery, 2021–2022

• Special Assistant United States Attorney, United States Attorney's Office for the Eastern District of Virginia, 2021–2022



## Education

• Duke University School of Law, J.D.

Editor, *Duke Law Journal*; Note, Zivotofsky II and National Security Decisionmaking at the Lowest Ebb, 66 Duke L.J. 1599 (2017); First Place, Dean's Cup Moot Court Competition

• Concordia University, Irvine, B.A.

## Bar Admissions

• District of Columbia

• Colorado

## Contact

T: 202.249.6900

charrington@torridonlaw.com

## Download Bio



# TORRIDON

Consulting | Contact

Law Firm | Contact

2311 Wilson Boulevard, Suite 640, Arlington, Va 22201
571.615.0570

801 17th St NW, Suite 1100, Washington, DC 20006
202.249.6900

© 2024 Torridon Group